**POST POLAK, P.A.**
FREDERICK B. POLAK (028911980)
SIOBHAN BEERE (070802014)
425 EAGLE ROCK AVENUE, SUITE 200
ROSELAND, NEW JERSEY 07068-1717
973-228-9900; FPOLAK@POSTPOLAK.COM
ATTORNEYS FOR DEFENDANTS, NEW JERSEY STATE POLICE, VINCENT PARENTI,
JAMES NESTOR & BRIAN SLATTERY
OUR FILE NO. 7270.00001

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH FRANCO AND GEORGINA SIRAKIDES<br><br>Plaintiffs,<br><br>vs.<br><br>NEW JERSEY STATE POLICE, ESTATE OF VINCENT PARENTI, JAMES NESTOR, KENNETH SIRAKIDES AND BRIAN SLATTERY<br><br>Defendants. | Civil Action No.: 3:15-CV-05551-RK-TJB<br><br>DISCOVERY SCHEDULING ORDER<br><br><u>Document Filed Electronically</u> |

The parties having met and conferred on a proposed discovery schedule pursuant to the Court's March 31, 2025 Text Order; and given the complexities of the issues involved; and for good cause shown:

IT IS on this 22 day of April, 2025;

**ORDERED as follows:**

1. Plaintiff shall serve all expert reports by June 30, 2025;

2. Defendants shall serve all rebuttal reports by September 30, 2025; and

3. All expert depositions shall be conducted by October 31, 2025; and

4. Discovery shall close on October 31, 2025.

5. Telephone Conference shall be held on July 24, 2025 at 10:30

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.